UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMEISO LEONARD LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 25-3001 (UNA) |
| ) | |
| ) | |
| FEDERAL GOVERNMENT OF ) | |
| THE UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of the plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court will grant the application and dismiss the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and the Court cannot exercise subject matter jurisdiction over a frivolous complaint, *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009).

The plaintiff calls himself the "Holy Spirit," Compl. at 2, and instructs the Court to recognize the "Holy Spirit's legal standing and authority," *id*. He alleges that "Cartels infiltrated state/federal governments, judiciary, and law enforcement," *id*. at 5, that "Child sex tracking [sic] and exploitation networks [are] operating across" the country, *id*., and that "Rogue judges/officers [are] aiding cartels," *id*., thereby "violating federal laws and [the] Constitution" of the United States, *id*. Plaintiff purports to have exercised his authority by signing a Divine Declaration, *see id*. at 4, which declares martial law effective immediately, *see id*. at 4–5, with "Military forces [to] enforce [his] rule," *id*. at 4, and by instructing the President of the United States and the United States Congress to comply immediately with his demands, *see id*. at 6.

The complaint lacks "an arguable basis either in law or in fact." *Neitzke*, 490 U.S. at 325. Accordingly, the Court cannot exercise subject matter jurisdiction over the complaint, *Hagans*, 415 U.S. at 536-37, and will dismiss it without prejudice. An accompanying Order will be issued separately.

DATE: October 30, 2025

/s/
DABNEY L. FRIEDRICH
United States District Judge